**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ESTATE OF VICTOR : No. 681 MAL 2016
SANGIULIANO :
:
: Petition for Allowance of Appeal from
PETITION OF: DEBRA A. SLACK : the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is

**DENIED**.